**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ABDELLAHI JEDDOU,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF DELANEY HALL DETENTION CENTER, *et al.*,<br><br>Respondents. | Case No. 2:26-cv-01203 (BRM)<br><br>**ORDER** |

**THIS MATTER** is before the Court on Petitioner Abdellahi Jeddou's ("Petitioner") letter arguing his Court ordered bond hearing was fundamentally unfair and requesting immediate release. (ECF No. 10.) Respondents filed a letter response (ECF No. 12), and Petitioner filed a letter reply (ECF No. 13). Having reviewed and considered the parties' submissions filed in connection with the letter seeking immediate release, and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b), for the reasons set forth in the accompanying Opinion and for good cause having been shown,

**IT IS** on this 14th day of April 2026,

**ORDERED** that Petitioner's letter request for immediate release (ECF No. 10) is **DENIED**; and it is further

**ORDERED** that the Clerk of Court shall serve a copy of this Order and the accompanying Opinion upon the parties electronically and **CLOSE** this matter.

***/s/ Brian R. Martinotti***
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**